JS - 6

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17

| NATHANIEL T. JACKSON, | ) Case No. ED CV 09-2136 CAS (JCG) |
|---|---|
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| MIKE MCDONALD, Warden, | ) |
| Respondent. | ) |

18
19
20

     IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE**.

21
22

DATED: January 5, 2011.

23
24

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

25
26
27
28